CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04699-PAM-JSM**
**Internal Use Only**

Bokemper v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 11/27/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anton Bokemper** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2007 | 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 40017884.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by Anton Bokemper. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 11/27/2007) |
| 11/27/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (JMH) (Entered: 11/27/2007) |
| 01/17/2008 | 2 | WAIVER OF SERVICE Returned Executed filed by Anton Bokemper. Davol, Inc. waiver sent on 12/27/2007, answer due 2/25/2008; C. R. Bard, Inc. waiver sent on 12/27/2007, answer due 2/25/2008. (Johnson, Charles) (Entered: 01/17/2008) |
| 01/17/2008 | 3 | CERTIFICATE OF SERVICE by Anton Bokemper *for Summons, Complaint, Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service of Summons, and Waiver of Service of Summons Executed* (Johnson, Charles) (Entered: 01/17/2008) |
| 01/17/2008 | 4 | REQUEST FOR WAIVER of Service sent to Brian Burlew c/o Defendants on 12/27/2007 by Anton Bokemper.Waiver of Service due by 1/28/2008. (Johnson, Charles) (Entered: 01/17/2008) |
| 01/17/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-12), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: |

| | | |
|---|---|---|
| | | 01/17/2008) |